IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

MIRANDA WHITWORTH,                          *

            Plaintiff,                          *

v.                                                                              Case No. 3:25-cv-138-TES

                                *

Officer JOHNATHON CHAMBERS, *in his*
*individual capacity*; Officer DANNY WOODS,       *
*in his individual capacity*; and JESSE ELDER,
*in his individual capacity*.                          *

            Defendants.

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated April 6, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants, Officer Johnathon Tyler Chambers, Officer Danny Bryan Woods, and Defendant Jesse Elder.  Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 6th day of April, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk